```
 1  DANIEL J. BRODERICK, #89424
    Acting Federal Defender
 2  ANN H. VORIS, Bar #100433
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorney for Defendant
 6  VERNAL FRAZIER
 7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00275 AWI |
| ) Plaintiff, ) | |
| ) | WAIVER OF DEFENDANT'S PERSONAL |
| v. ) | PRESENCE;  ORDER THEREON |
| ) | |
| VERNAL FRAZIER, ) | Date:  May 30, 2006 |
| ) | Time:  9:00 A.M. |
| Defendant. ) | Judge: Anthony W. Ishii |
| ) | |
| _____ ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant hereby waives her right to be personally present in open court upon the hearing of any proceeding in this case, including, but not limited to status conferences, motions hearings, change of plea, trial setting, trial, and/or sentencing.

Defendant hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver.  She agrees that her interests shall be represented at all times by the

///
///
///
///
///
///

presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present.

DATED: April __3__, 2006

                        /s/  Vernal Frazier
                        VERNAL FRAZIER, Defendant

                        /s/  Ann H. Voris
                        ANN H. VORIS
                        Assistant Federal Defender
                        Attorney for Defendant

[Original signatures maintained in file of Ann H. Voris.]

# O R D E R

GOOD CAUSE APPEARING, it is hereby ordered that Defendant's appearance may be waived until further order.

IT IS SO ORDERED.

**Dated:    April 5, 2006**          **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

Waiver of Defendant's Personal Presence;
[Proposed] Order Thereon                    -2-