DANIEL J. BRODERICK, #89424
Acting Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERNAL FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VERNAL FRAZIER, ) <br> ) <br> Defendant. ) <br> ) | NO. 1:05-Cr-00275 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON <br><br> Date:  June 5, 2006 <br> Time:  9:00 A.M. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that **the status conference hearing now set for May 30, 2006, may be continued to June 5, 2006, at 9:00 A.M.**

This continuance is at the request of defense counsel because she is the attorney assigned to the Magistrate Court in Yosemite and is scheduled to be in court there on May 30, 2006, the date now set for hearing in this instant case.

///

///

///

///

///

1     The parties agree that the delay resulting from the continuance shall be excluded in the interests

2 of justice, including but not limited to, the need for the period of time set forth herein in the interest of

3 justice and for continuity of counsel and for effective defense preparation pursuant to 18 U.S.C.

4 §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney


DATED: May 3, 2006              By:    /s/ Mark E. Cullers
                                       MARK E. CULLERS
                                       Assistant United States Attorney
                                       Attorney for Plaintiff


                                       DANIEL J. BRODERICK
                                       Acting Federal Public Defender


DATED: MAY 3, 2006              By:    /s/ Ann H. Voris
                                       ANN H. VORIS
                                       Assistant Federal Defender
                                       Attorneys for Defendant
                                       VERNAL FRAZIER
```

## **O R D E R**

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   May 7, 2006**            /s/ **Anthony W. Ishii**
0m8i78                           UNITED STATES DISTRICT JUDGE