DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERNAL FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VERNAL FRAZIER,<br><br>        Defendant. | NO. 1:05-CR-0275 AWI<br><br>STIPULATION RE ISSUANCE OF AMENDED JUDGMENT; ORDER THEREON<br><br><br>Judge: Honorable Anthony W. Ishii |

### *Background*

Defendant Vernal Frazier appeared for sentencing on September 25, 2006, and was sentenced to a term of three (3) months as to each of eight (8) counts, said sentences to be served concurrently. At the time of sentencing, Defendant had pending state charges and was booked and sentenced on November 16, 2006, to a 1-year term of incarceration in state custody in that proceeding, with a projected release date of June 22, 2007. Both cases derived from the same set of facts.

### STIPULATION

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the federal sentence imposed by this court on September 25, 2006, and entered October 3, 2006, may be amended to provide that the defendant's federal sentence run concurrent to the one-year sentence imposed in Kern County case number BF114979A, with all time running**

**concurrent pursuant to United States Sentencing Guidelines § 5G1.3,** with all remaining terms and conditions of the Judgment imposed September 25, 2006, and entered October 3, 2006, to remain in full force and effect.

McGREGOR W. SCOTT
United States Attorney

DATED: January 22, 2007    By:    Mark E. Cullers
MARK E. CULLERS
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: January 22, 2007    By:    /s/ Ann H. Voris
ANN H. VORIS
Assistant Federal Defender
Attorneys for Defendant
Vernal Frazier

## O R D E R

**IT IS SO ORDERED.** The sentence imposed by this court on September 25, 2006, and entered October 3, 2006, IS HEREBY AMENDED to provide that the defendant's 3-month ederal sentence run concurrent to the sentence imposed in Kern County case number BF114979A, with all time running concurrent pursuant to United States Sentencing Guidelines § 5G1.3.  All remaining terms and conditions of the Judgment imposed September 25, 2006, and entered October 3, 2006, shall remain in full force and effect.

IT IS SO ORDERED.

**Dated:    January 25, 2007**             /s/ Anthony W. Ishii
0m8i78                                     UNITED STATES DISTRICT JUDGE