Prob 12B

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## PETITION TO MODIFY THE CONDITIONS OR TERM OF SUPERVISION
## WITH CONSENT OF THE OFFENDER

*(Probation Form 49, Waiver of Hearing, is on file)*

| | |
|---|---|
| **Offender Name:** | VERNAL FRAZIER |
| **Docket Number:** | 1:05CR00275-01 AWI |
| **Offender Address:** | Bakersfield, California |
| **Judicial Officer:** | Honorable Anthony W. Ishii<br>United States District Judge<br>Fresno, California |
| **Original Sentence Date:** | 09/25/2006 |
| **Original Offense:** | 18 USC 287 and 2, Making or Presenting a False, Fictitious or Fraudulent Claim to the United States and Aiding and Abetting - 5 counts<br>(CLASS D FELONIES) |
| **Original Sentence:** | 3 months BOP, 36 months TSR, $800 in special assessments, $13,649 restitution, mandatory drug testing |
| **Special Conditions:** | 1) Search/seizure; 2) Not dispose assets; 3) Provide access to finances; 4) Not incur new credit without approval; 5) 90 days home confinement/electronic monitoring; 6) Submit to DNA collection |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 02/27/2007 |
| **Assistant U.S. Attorney:** | Mark E. Cullers      **Telephone:** (559) 497-4000 |
| **Defense Attorney:** | Ann Voris      **Telephone:** (559) 487-5561 |

**RE:   VERNAL FRAZIER**
**Docket Number: 1:05CR00275-01 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

**Other Court Action:**

**01/25/2007**:                     The Court ordered the 3-month custody term to run concurrently with custody imposed on Kern County case number BF114979A.

**10/30/2007:**                    The Court was advised of a new law violation (Forgery) and the use of marijuana (October 15, 2007). No formal action was requested.

---

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

> As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.
>
> As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if she has reverted to the use of drugs of alcohol.

**Justification:**   As previously reported, due to an error, the defendant was not instructed as to her conditions of supervision until October 15, 2007, since she was serving a State custody term on the county work release program, and the plan was to toll time until her release which was scheduled for October 2007. However, it was determined that the Kern County program did not include actual custody time and the defendant should have begun supervision on February 27, 2007.

It was subsequently discovered that on August 2, 2007, the defendant allegedly committed a check forgery with the loss listed at $3,351.57. As a result of the offense, the defendant was removed from the work release program and was returned to custody to complete the

RE: **VERNAL FRAZIER**
**Docket Number: 1:05CR00275-01 AWI**
**PETITION TO MODIFY THE CONDITIONS OR TERM**
**OF SUPERVISION WITH CONSENT OF THE OFFENDER**

county term of imprisonment. She was released on December 24, 2007. No charges were filed and the county violation of probation regarding the charges has been dismissed.

On October 15, 2007, the defendant provided a mandatory urine specimen which resulted in a positive result for the use of marijuana (previously reported to the Court).

Once the defendant was released, the use of marijuana was discussed with her. She admitted use and agreed to a modification of her conditions to include drug aftercare counseling and testing. The defendant signed the Waiver of Hearing form, authorizing the modifications without a hearing.

Furthermore, time on supervision has now been tolled based on her recent term of incarceration, and her new termination date is May 3, 2010.

Respectfully submitted,

**RICK C. LOUVIERE**
**Supervising United States Probation Officer**
Telephone: (661) 861-4422

DATED:   January 2, 2008
         Bakersfield, California
         RCL:rcl

**RE:     VERNAL FRAZIER**
         **Docket Number: 1:05CR00275-01 AWI**
         **PETITION TO MODIFY THE CONDITIONS OR TERM**
         **OF SUPERVISION WITH CONSENT OF THE OFFENDER**

---

**THE COURT ORDERS:**

( **X** )   Modification approved as recommended.

(   )   Modification not approved at this time.  Probation Officer to contact Court.

(   )   Other:

IT IS SO ORDERED.

**Dated:   January 4, 2008**                              **/s/ Anthony W. Ishii**
                                                      UNITED STATES DISTRICT JUDGE