DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VERNAL FRAZIER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-cr-0275 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER |
| v. | ) ) | Date: September 30, 2009 |
| VERNAL FRAZIER, | ) ) | Time: 1:30 p.m. Judge: Hon. Gary S. Austin |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 23, 2009, **may be continued to September 30, at 1:30 p.m.**

This reason for the continuance is because Ms. Frazier's car transmission broke and is being repaired. Ms. Frazier lives in Bakersfield and anticipates her car will be repaired by next week. This continuance will conserve time and resources for both parties and the court.

///

///

///

///

////

The parties agree that the speeding trial does not apply because this is a revocation of supervised release action.

                                                               LAWRENCE BROWN
                                                                Acting United States Attorney

DATED: September 22, 2009                      By:   /s/ *Mark E. Cullers*
                                                                MARK E. CULLERS
                                                                 Assistant United States Attorney
                                                                 Attorney for Plaintiff

                                                                DANIEL J. BRODERICK
                                                                Federal Defender

DATED: September 22, 2009                      By:   /s/ *Ann H. Voris*
                                                                ANN H. VORIS
                                                                Assistant Federal Defender
                                                                Attorney for Defendant
                                                                Vernal Frazier

## **O R D E R**

IT IS SO ORDERED.

**Dated:   September 23, 2009**                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation to Continue Status Conference
Hearing; [Proposed] Order                 −2−